**UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

**Form 28. Response to Motion or Court Order**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form28instructions.pdf

**9th Cir. Case Number(s)** 24-3155

**Case Name** Moli v. County of King, et al.

1. What is your name? Matthew B. McReynolds, Counsel for Appellant

   *(For counsel, which party/parties do you represent?)*

2. Describe briefly the motion or court order to which you are responding, such as the title of the motion or the type of response requested in the order.

   Order [Docket No. 64] directing Plaintiff-Appellant to file a status report, in light of the recent decision in Detwiler v. Mid-Columbia Medical Center, 156 F.4th 886 (9th Cir. 2025).

   On what date was the motion or court order filed? April 13, 2026

3. What is your response? Be specific. Include all relevant facts and law that would persuade the court to grant your request. *(Attach additional pages as necessary. Your motion may not be longer than 20 pages.)*

   Appellant Moli requests amendment of her Complaint in lieu of dismissal. For the reasons identified in her Supplemental Brief of October 9, 2025, Moli respectfully submits that her appeal presents distinct issues from those resolved by the Court in Detwiler v. Mid-Columbia Medical Center. Moli's reliance on Scripture for her vaccine objections was stated more thoroughly, and the employer accepted her beliefs at the time with no indication it would much later claim lack of notice. Moli nevertheless believes the case could benefit from amendment to clarify the role her expressed beliefs occupied within her comprehensive religious belief system.

Provide your current mailing address unless registered for electronic filing:

City _____ State ___ Zip Code _____

Prisoner Inmate or A Number (if applicable) _____

**Signature** s/ Matthew B. McReynolds          **Date** April 20, 2026

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 28**                                                          *New 12/01/2018*