

T  206.245.1700
401 Union Street, Suite 1600
Seattle, WA 98101-2668
pacificalawgroup.com

April 22, 2026

Zachary J. Pekelis
Zach.Pekelis@pacificalawgroup.com

**<u>VIA CM/ECF Electronic Filing System</u>**
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103

Re: *Moli v. King County*, No. 24-3155—Appellees' Response to 4/13/26 Order

Dear Panel,

Appellees continue to oppose Plaintiff Fuamatala Moli's request that this Court remand so that she may amend her complaint a third time. Moli has now had eight opportunities to identify an actual conflict between her religion and COVID-19 vaccination—her original, amended, and second amended complaints; her opposition to Appellees' motion to dismiss; her opening, reply and supplemental briefs; and her April 20 status report—yet has failed to do so. At oral argument, her counsel offered the last-minute proffer that, "if given the opportunity to amend," Moli "would assert that [she] felt that she was directed by God not to take the vaccine." Oral Arg. at 22:45–22:57. But that amendment would not salvage her claims because "[i]nvocation of prayer, without more, is still insufficient to elevate personal medical judgments to the level of religious significance." *Detwiler v. Mid-Columbia Med. Ctr.*, 156 F.4th 886, 897 (9th Cir. 2025). As further amendment would be futile, this Court should affirm dismissal of the complaint with prejudice.

April 22, 2026
Page 2

DATED this 22nd day of April, 2026.

PACIFICA LAW GROUP LLP

By: *s/Zachary J. Pekelis*
    Zachary J. Pekelis
    Meha Goyal

401 Union Street, Suite 1600
Seattle, Washington 98101
(206) 245-1700
zach.pekelis@pacificalawgroup.com
meha.goyal@pacificalawgroup.com

*Attorneys for Defendants-Appellees*
*King County and King County Metro Transit*